```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANK QUIGLEY,

                                Plaintiff,

           -against-

PORT AUTHORITY TRANS HUDSON CORP.,

                              Defendants.
-----------------------------------------------------------------X

21-CV-9367 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the case management conference, the fact discovery deadline is extended to **September 30, 2022.**

        **SO ORDERED.**

DATED:    New York, New York
                July 12, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge