```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
FRANK QUIGLEY,

                            Plaintiff,                       21-CV-9367 (ALC) (KHP)

        -against-                                          **ORDER**

PORT AUTHORITY TRANS HUDSON CORP.,

                            Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement status call is scheduled on **July 24, 2023, at 4:30 p.m**. At the scheduled time, counsel for the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267.

      **SO ORDERED.**

DATED:    New York, New York
               June 13, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge