```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANK QUIGLEY,

                                   Plaintiff,                             21-CV-9367 (ALC) (KHP)

           -against-                                      **ORDER SCHEDULING SETTLEMENT**
                                                                       **STATUS CONFERENCE.**

PORT AUTHORITY TRANS HUDSON CORP.,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement status call is scheduled on **Wednesday, August 23, 2023, at 2:30 p.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267.

                **SO ORDERED.**

DATED:     New York, New York
               August 7, 2023

                                                           *[signature: Katharine H. Parker]*
                                                           _____
                                                           KATHARINE H. PARKER
                                                          United States Magistrate Judge