```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANK QUIGLEY,

                    Plaintiff,         21-CV-9367 (ALC) (KHP)

      -against-                       **ORDER**

PORT AUTHORITY TRANS HUDSON CORP.,

                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    By **September 26, 2023**, the parties shall email the Court regarding the status of their settlement discussions.

        **SO ORDERED.**

DATED:    New York, New York
              September 19, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge