UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS QUIGLEY,

                *Plaintiff*,

-against-                    21-cv-09367 (ALC) (KHP)

PORT AUTHORITY TRANS HUDSON CORP.,          **ORDER OF DISCONTINUANCE**

                *Defendant.*

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **October 26, 2023**.

**SO ORDERED.**

Dated:    September 26, 2023
             New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**